Exhibit C

(SnugZ 2016 US Catalog)





# Eyewear Retainers

**Cotton Colors**
- Black (PMS 6C)
- White
- Navy (PMS 539C)
- Royal (PMS 7686C)
- Burgundy (PMS 506C)
- Purple (PMS 2603C)
- Electric Blue (PMS 300C)
- Lime Green (PMS 360C)
- Yellow (Process Yellow)
- Orange (PMS 165C)
- Red (PMS 193C)
- Forest Green (PMS 343C)

**3/8" Elastic Colors**
- Black (PMS 426C)
- Light Gray (PMS 5507C)
- Dark Gray (PMS 432C)
- White
- Navy (PMS 282C)
- Royal (PMS 2495C)
- Light Purple (PMS 2725C)
- Dark Purple (PMS 2695C)
- Sky Blue (PMS 313U)
- Turquoise (PMS 326U)
- Kelly Green (PMS 347C)
- Forest Green (PMS 3435C)
- Red (PMS 200C)
- Yellow (PMS 123C)
- Neon Green (PMS 802C)
- Neon Yellow (PMS 388C)
- Neon Orange (PMS 811C)
- Neon Pink (PMS 190C)
- Neon Red (PMS 1787C)

**Neoprene Colors**
- Forest Green (PMS 3292C)
- Royal Blue (PMS 2728C)
- Navy Blue (PMS 289C)
- Purple (Pantone Violet)
- Red (PMS 193C)
- Black (Process Black)
- Pink (PMS 702C)
- Orange (PMS 021C)
- Neon Green
- Yellow (Proc. Yellow)

**Power Cord Colors**
- Black
- Red
- Royal Blue
- Yellow
- Red Multi (Red, Yellow & Blue)
- Maroon Multi (Purple, Green & Maroon)
- Blue Multi (Blue, Green & Purple)
- Red, White & Blue
- Maroon Reflective (Silver, Black & Maroon)

**5/8" Polyester Colors**
- Black (PMS 426C)
- White
- Navy (PMS 282C)
- Royal (PMS 286C)
- Red (PMS 200C)
- Purple (PMS 2695C)
- Neon Green (PMS 802C)
- Yellow (PMS 123C)
- Kelly Green (PMS 347C)

## Eyewear Retainers

- **Material:** Stretchy Elastic or Knitted Cotton
- **Product Size:** Elastic: 3/8" x 14" / Cotton: 1/2" x 14" per side
- **Imprint Area:** Elastic: 1/4" x 10" / Cotton: 11/32" x 10" per side, single color
- **Shipping Weight** (100 count): 5 lbs.

| QTY/Price: | 100 | 250 | 500 | 1000 | 2500 |
|---|---|---|---|---|---|
| ERES38 3/8" Stretchy Elastic Eyewear Retainer | 3.08 | 2.67 | 2.58 | 2.50 | 2.42 |
| ERC38 3/8" Cotton Eyewear Retainer | 2.92 | 2.50 | 2.42 | 2.33 | 2.25 |
| ERC12 1/2" Cotton Eyewear Retainer | 3.00 | 2.58 | 2.50 | 2.42 | 2.33 |
| ERC12.BE 1/2" Cotton Eyewear Retainer with Bigeez (Safety Glasses) | 2.83 | 2.42 | 2.33 | 2.25 | 2.17 |
| ERPSL58.EP-PH5 5/8" Polyester Eyewear Retainer w/Crimp & Earplugs | 7.38 | 6.97 | 6.88 | 6.80 | 6.72 |

## Sport Eyewear Retainers

- **Material:** Neoprene
- **Product Size:** Neoprene: 3/4" or 1" x 14"
- **Imprint Area:** 1/2" or 3/4" high x 8" wide
- **Shipping Weight** (100 count): 4 lbs.

| QTY/Price: | 100 | 250 | 500 | 1000 | 2500 |
|---|---|---|---|---|---|
| ERNE34SM 3/4" Neoprene Eyewear Retainer | 2.00 | 1.58 | 1.50 | 1.42 | 1.33 |
| ERNE10SM 1" Neoprene Eyewear Retainer (NOT SHOWN) | 2.08 | 1.67 | 1.58 | 1.50 | 1.42 |

## Cord Eyewear Retainers

- **Material:** Nylon Power Cord
- **Product Size:** 3/16" x 12" per side.
- **Imprint Area:** Square: 1/2" x 1/2" / Round: 37/64" diameter with a full color dome imprint
  PMS color match is not available, will be as close as possible.
- **Shipping Weight** (100 count): 6 lbs.

| QTY/Price: | 100 | 250 | 500 | 1000 | 2500 |
|---|---|---|---|---|---|
| ERKP.SQ Power Cord Eyewear Retainer w/ Square Slider | 2.50 | 2.08 | 2.00 | 1.92 | 1.83 |
| ERKP.RND Power Cord Eyewear Retainer w/ Round Slider (Not Shown) | 2.58 | 2.17 | 2.08 | 2.00 | 1.92 |

» **SETUP CHARGE:** $45.00 (V) per imprint. **REPEAT SETUP CHARGE:** $22.50 (V)   (C)
» **2 Color Imprint:** Add $0.33 (C) per piece and additional setup of $45.00 (V). Cotton Only.
» **Backside Imprint:** Add $0.33 (C) per piece. Cotton Only.
» **Standard Production:** 5 business days. Add 2 days if paper proof is requested.
   Order and art must be received by 12:00 PM EST to count as a production day.
» **Zip It Production:** NEXT DAY. All parameters must be met to qualify. See page 2 for details.



ERKP.SQ