IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| EK EKCESSORIES, INC., a Utah corporation,<br><br>    Plaintiff,<br> v.<br><br>SNUGZUSA INCORPORATED, a Utah Corporation,<br><br>    Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 1:16-cv-00122-EJF<br><br>Magistrate Judge Evelyn J. Furse |

Based upon Plaintiff's Notice of Dismissal with Prejudice, and good cause appearing, IT IS HEREBY ORDERED that all claims and counterclaims which were or could have been brought by either party against the other in this action shall be dismissed, with prejudice. All parties shall bear their respective attorneys' fees and costs.

DATED this 21st day of November, 2016.

                BY THE COURT:

                _____
                Evelyn J. Furse,
                U.S. Magistrate Judge